IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CR 122-029 |
| | * |
| PATRICIA GREGORY | * |

ORDER

The Court having already reduced Defendant Patricia Gregory's sentence of imprisonment under 18 U.S.C. § 3582(c)(2) based upon Amendment 821 to the United States Sentencing Guidelines (see Order of Feb. 13, 2024, Doc. 127), her recent motion for reduction of sentence based upon the same grounds (doc. 128) is **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 27th day of February, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA